■ DOROTHY M. PAPADAKOS, Appellant-Respondent, v. PETER J. PAPADAKOS, Respondent-Appellant. (Action No. 1.) PETER J. PAPADAKOS, Respondent-Appellant, v. DOROTHY M. P. PAPADAKOS, Appellant-Respondent. (Action No. 2.) — This is a purported appeal by the former attorneys of Dorothy Mae Papadakos, a party in these consolidated actions, from that part of a judgment of the Supreme Court, Suffolk County, dated May 16, 1967, which limited the award of counsel fees to said party to $30,000 and disallowed costs. The parties themselves cross-appealed from the judgment, but their appeals are not considered herein. Purported appeal dismissed, without costs. In an order of Special Term dated September 11, 1967, it was provided, *inter alia*, that the attorneys be permitted to intervene in the appeal by plaintiff in Action No. 1 "to the limited extent of submitting papers and briefs to *sustain* the amount of counsel fees awarded by the judgment" (emphasis supplied). They were not given permission to prosecute the appeal and argue that the legal fees awarded were inadequate. They were only given permission to intervene in the appeal for the purpose of sustaining the fee awarded. Although respondent-appellant has argued in his brief that the fee award should be reduced, we do not have before us the record upon which the trial court made its determination. Therefore, we have not considered such argument. Christ, Acting, P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CORNELIUS CLEMMONS, Appellant.— Appeal from a judgment of the County Court, Suffolk County, rendered December 13, 1968, convicting defendant of robbery in the third degree and petit larceny, upon a jury verdict. Judgment reversed, on the law, and new trial ordered. The findings of fact below are affirmed. In our opinion, the legality of appellant's arrest and detention on the loitering charge was, at the very least, a circumstance to be considered in determining the voluntariness of his confession (*People v. Carbonaro*, 21 N Y 2d 271, 277–278; *People v. Everett*, 10 N Y 2d 500, 507; *People v. Lane*, 10 N Y 2d 347, 352; *People v. Blando*, 23 A D 2d 761; *People v. Insetta*, 19 A D 2d 702; cf. *Davis v. Mississippi*, 394 U. S. 721; *People v. Herbison*, 22 N Y 2d 946, 947; *People v. Morales*, 22 N Y 2d 55, cert. granted 394 U. S. 972; *People v. Dannic*, 30 A D 2d 679, 680). Beldock, P. J., Christ, Hopkins, Munder and Kleinfeld, JJ., concur.